UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA RANGEL,

                    Plaintiff,

    v.

38 MACDOUGAL LLC d/b/a SHUKA,
ANNA-MARIE MCCULLAGH, and
CHRIS PARASKEVAIDES,

                    Defendants.

**Civil Action No.:_____**

---

## NOTICE OF REMOVAL

TO:    THE UNITED STATES DISTRICT COURT FOR THE
          SOUTHERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants 38 MacDougal LLC d/b/a Shuka, Anna Marie McCullagh, and Chris Paraskevaides ("Defendants") hereby remove the above-captioned action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, and in support thereof state as follows:

### I.   PROCEDURAL HISTORY

1. On or about December 20, 2023, Plaintiff Maria Rangel ("Plaintiff") filed a Complaint against Defendants in the Supreme Court of the State of New York, County of New York, under Index No. 162250/2023. A copy of the Complaint is annexed hereto as **Exhibit A**.

2. On January 4, 2024, via stipulation, counsel for Defendants accepted service of the Complaint on behalf of Defendants. A copy of the January 4, 2024 Stipulation is annexed hereto as **Exhibit B**. There, counsel for the parties agreed that Defendants "shall have until February 5, 2024" to respond to the Complaint. *Id.*

## II. FEDERAL QUESTION JURISDICTION

3. Removal is proper under 28 U.S.C. §§ 1441(a) and 1331 because Plaintiff alleges and seeks damages for violations of the Fair Labor Standards Act, as amended, 29 U.S.C. §§201 et. seq. ("FLSA"). As the FLSA is a federal statute, this Court has original jurisdiction over this action based on federal question.

4. In addition to Plaintiff's claims under the FLSA, Plaintiff alleges claims arising under the New York Labor Law. This Court has supplemental jurisdiction over these causes of action pursuant to 28 U.S.C. § 1367(a).

5. Plaintiff also alleges claims under the New York State Human Rights Law and the New York City Human Rights Law. Through this submission, Defendants make no assertion with respect to whether the Court has jurisdiction over these causes of action.

## III. THE PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

6. All defendants who have been served with the Complaint consent to the removal of this action. 28 U.S.C. § 1446(b)(1).

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after Defendants received notice of the lawsuit commenced in state court.

8. The state court action was commenced in the Supreme Court of the State of New York, County of New York. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## IV. NOTICE TO PLAINTIFF AND THE STATE COURT

9. Contemporaneously with the filing of this Notice of Removal, and pursuant to 28 U.S.C. § 1446(d), written notice of this filing and any attendant supplementary papers required by

this Court will be provided to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the State Court.

## V. NO WAIVER OF CLAIMS OR DEFENSES

10. By removing this matter, Defendants do not waive or intend to waive any available claims or defenses.

11. Furthermore, by removing this action from the Supreme Court of the State of New York, County of New York, Defendants do not admit any of the allegations asserted in the Complaint.

**WHEREFORE,** pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants respectfully request that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York. In the event this Court has a question regarding the propriety of this Notice of Removal, Defendants request the opportunity to submit evidence, points, and authorities further supporting the removal of this action.

[space intentionally blank – signature page follows]

153471487.1

Dated: January 19, 2024
       New York, New York           Respectfully submitted,

                                        By: __*/s/ Glenn S. Grindlinger*__
                                        Glenn S. Grindlinger
                                        Devin S. Cohen
                                        **FOX ROTHSCHILD LLP**
                                        101 Park Avenue, 17th Floor
                                        New York NY 10178
                                        Telephone: (212) 878-905-2305
                                        Facsimile: (212) 692-0940
                                        ggrindlinger@foxrothschild.com
                                        dscohen@foxrothschild.com
                                        *Attorneys for Defendants*

153471487.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a copy of Served Defendants' Notice of Removal to be served upon the parties named below:

*Via Pacer*
**Ruby J. Krajick**, **Clerk**
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Via Pacer, First Class Mail, and email*
LEE LITIGATION GROUP, PLLC
C.K. Lee, Esq.
Anne Seelig, Esq.
148 West 24th Street, 8th Floor
New York, New York 10011
*Attorneys for Plaintiff*

Dated: January 19, 2024

                                                     /s/ Glenn S. Grindlinger
                                                       Glenn S. Grindlinger

153471487.1