UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA RANGEL,<br><br>       Plaintiff,<br><br>-against-<br><br>38 MACDOUGAL LLC d/b/a SHUKA, ANNA-MARIE MCCULLAGH, and CHRIS PARASKEVAIDES,<br><br>       Defendants. | 24-CV-434 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Counsel for the parties are directed to appear for a conference on **February 7, 2024 at 3:00 PM** via Microsoft Teams in reference to Defendant's motion for disqualification (ECF No. 7).

Dated: February 2, 2024
    New York, New York

                   SO ORDERED.

                   *Jessica Clarke*

                   JESSICA G. L. CLARKE
                   United States District Judge