UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA RANGEL,<br><br>                              Plaintiff,<br><br>-against-<br><br>38 MACDOUGAL LLC d/b/a SHUKA, ANNA-MARIE MCCULLAGH, and CHRIS PARASKEVAIDES,<br><br>                              Defendants. | 24-CV-434 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Counsel for the parties are directed to appear for a conference on **February 21, 2024 at 10:00 a.m.** via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 399456528#. The Court intends to rule on Defendants' motion for disqualification (ECF No. 7) at the conference.

Dated: February 16, 2024
        New York, New York

                                                            SO ORDERED.

                                                            *Jessica Clarke*
                                                            _____
                                                            JESSICA G. L. CLARKE
                                                            United States District Judge