UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA RANGEL,

                Plaintiff,

-against-

38 MACDOUGAL LLC d/b/a SHUKA, ANNA-MARIE MCCULLAGH, and CHRIS PARASKEVAIDES,

                Defendants.

24-CV-434 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Due to the Lee Litigation Group's concurrent representation of Plaintiff Rangel in this action and two of Defendant's managers in a separate suit, and for the reasons stated on the record on February 21, 2024, Defendant's motion to disqualify the Lee Litigation Group as Plaintiff's counsel, *see* ECF No. 7, is GRANTED. This action is hereby STAYED until **March 22, 2024** to allow Plaintiff to find new counsel. The initial pretrial conference scheduled for April 3, 2024, *see* ECF No. 5, is hereby ADJOURNED *sine die*.

Dated: February 21, 2024
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge