UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA RANGEL,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>38 MACDOUGAL LLC D/B/A SHUKA, ET AL.,<br><br>　　　　　　　Defendants. | 24-CV-00434 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　A settlement conference was scheduled for March 15, 2024. It is hereby ADJOURNED sine die.

DATED:　March 5, 2024
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge