UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA RANGEL,

                Plaintiff,

-against-

38 MACDOUGAL LLC d/b/a SHUKA, ANNA-MARIE MCCULLAGH, and CHRIS PARASKEVAIDES,

                Defendants.

24-CV-434 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    On February 21, 2024, the Court granted Defendants' motion to disqualify Lee Litigation Group as counsel for Plaintiff Rangel. ECF No. 22. The stay of this action, to allow Plaintiff to find new counsel, expired on March 22, 2024. *Id*. As new counsel has not appeared on behalf of Plaintiff Rangel, Plaintiff Rangel is now deemed to be proceeding without counsel, that is, *pro se*. Therefore, Plaintiff Rangel is directed to update her address and/or email address of record with the *Pro Se* Intake Unit, 500 Pearl St., Room 205, New York, NY 10007. Plaintiff Rangel is directed to file a letter by **April 12, 2024** indicating if she still intends to pursue her case. If Plaintiff does not file anything by this deadline, the Court may dismiss the case for failure to prosecute.

    Plaintiff Rangel is encouraged to submit all filings as PDFs by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties who are unable to use email may still submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, *Pro Se* Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street. In either case, however, there may be delays before such filings are received and/or docketed. If the *pro se* party would like to receive

communications in this case electronically, she is encouraged to fill out the attached consent form and to return it to the *Pro Se* Intake Unit.

      Counsel for Defendants is ORDERED to serve a copy of this order on Plaintiff Rangel no later than **March 27, 2024** and file proof of such service no later than **March 28, 2024**.

      The Clerk of Court is directed to UNSTAY this case.

Dated: March 25, 2024
       New York, New York

      SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address            City            State            Zip Code

_____
Telephone Number            E-mail Address

_____
Date            Signature