UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maria Rangel,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>38 MacDougal LLC d/b/a Shuka, et al.,<br><br>　　　　　　　Defendants. | 24-CV-00434 (JGLC)(RFT)<br><br>**ORDER SCHEDULING<br>PRE-SETTLEMENT<br><u>TELEPHONE CONFERENCE</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　By Order of Reference dated January 22, 2024 (ECF 6), Judge Jessica G. L. Clarke referred this case to Magistrate Judge Sarah Netburn for settlement. On January 23, 2024, that referral was reassigned to me.

　　Accordingly, a telephone conference will be held on **April 15, 2024, at 11:30 AM,** in advance of a settlement conference. The parties are directed to review my Individual Practice Rules at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky concerning settlement conferences before the call. The parties are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 309 978 714#.**

DATED:　March 28, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge