UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA RANGEL,<br><br>      Plaintiff,<br><br>-against-<br><br>38 MACDOUGAL LLC D/B/A SHUKA, ET AL.,<br><br>      Defendants. | 24-CV-00434 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A pre-settlement conference was scheduled for April 15, 2024, 11:30 AM. Plaintiff, Maria Rangel, did not appear for the telephone call.

  The conference is rescheduled for **Monday, April 29, 2024, at 10:00 AM**, in advance of a settlement conference. The parties are directed to review my Individual Practice Rules at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky concerning settlement conferences before the call. The parties are directed to join the conference at the scheduled time.

  **Please dial (646) 453-4442, Access Code: 125 387 472#.**


DATED: April 16, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge